IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED <br> TRADES INDUSTRY PENSION FUND | ) <br> ) <br> ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) <br> ) | 1:06-cv-01420(RBW) |
| PREFERRED WALLS & CEILINGS, INC. <br> a/k/a Preferred Walls and Ceilings, Inc. <br> a/k/a Preferred Walls & Ceilings, *et al*. | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

## MOTION TO EXTEND TIME TO FILE ANSWER

Plaintiff, by its undersigned counsel, move for an extension of time for Defendants to file an Answer and in support thereof represents the following:

1. The Complaint in the above-captioned action was filed on August 10, 2006.

2. The Complaint was served on Defendants on August 25, 2006 and responsive pleadings were due on or before September 14, 2006. A true and correct copy of the Return of Service, which has not yet been docketed with the Court, is attached hereto as Exhibit 1.

3. Defendants have recently retained Robert G. Hanseman, Esquire as their counsel in this matter and they have requested an extension of time to file an Answer.

4. The undersigned counsel believes that it would be in the interest of justice to allow Defendants additional time to file an Answer to the Complaint.

172226-1

WHEREFORE, Plaintiffs pray this Honorable Court to grant an extension to October 16, 2006 for Defendants to file a responsive pleading.

                                            Respectfully submitted,

                                            JENNINGS SIGMOND, P.C.

BY: /s/   Kent G. Cprek
     KENT G. CPREK, ESQUIRE
     (I.D. NO. 478231)
     SANFORD G. ROSENTHAL, ESQUIRE
     (I.D. NO. 478737
     The Penn Mutual Towers, 16th Floor
     510 Walnut Street, Independence Square
     Philadelphia, PA 19106-3683
     (215) 351-0615/0611

Date: September 14, 2006     Attorneys for Plaintiff

OF COUNSEL:
JEROME A. FLANAGAN
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0660