## CERTIFICATE OF SERVICE

I, KENT G. CPREK, Esquire, state under penalty of perjury that I caused a copy of the

foregoing Motion to Extend Time to Answer to be served via First Class Mail, postage prepaid

on the date and to the address below:


Robert G. Hanseman, Esquire
1900 Kettering Tower
Dayton, OH 45423


Date:___9/14/06_____            /s/ Kent G. Cprek_____
                                 KENT G. CPREK

172226-1