# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

Case No. 1:06CV01420 (RBW)

vs

PREFERRED WALLS & CEILINGS, INC., et al.

**SERVICE OF PROCESS ON:** Palmer Combs, Individually and d/b/a Preferred Walls & Ceilings, Inc. A/k/a Preferred Walls and Ceilings, Inc. A/k/a Preferred Walls & Ceilings

I, _LARRY SMITH_, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: _8-25-06 1:50 A.M._
Place of Service: **810 Orchard Lane, Suite 103, Beavercreek, OH 45434**
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

_X_ By personally delivering them into the hands of the person being served
___ By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit:_____
___ By delivering to an officer or person-in-charge or managing agent whose name and title is:
_____
___ Other:_____

Description of Person Receiving Documents: (Male)/Female  Skin Color _WHITE_
Hair Color _GRAY_  Age _6_  Hgt _5'11_  Wgt _220_

Undersigned declares under penalty of perjury that the foregoing is true and correct

_[signature]_                 _9-11-06_
Signature of Server              Date


Sanford G. Rosenthal, Esquire
510 Walnut St, 16th Fl.
Philadelphia, PA 19106
215-922-6700


EXHIBIT 1

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

Case No. 1:06CV01420 ( RBW)

vs

PREFERRED WALLS & CEILINGS, INC., et al.

**SERVICE OF PROCESS ON:** Preferred Walls & Ceilings, Inc. A/k/a Preferred Walls and Ceilings, Inc. A/k/a Preferred Walls & Ceilings

I, _LARRY SMITH_, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: _8-15-06  1:50 P.M._
Place of Service: **810 Orchard Lane, Suite 103, Beavercreek, OH 45434**
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

___ By personally delivering them into the hands of the person being served
___ By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit: _____
_X_ By delivering to an officer or person-in-charge or managing agent whose name and title is:
_PALMER COMAS  PRESIDENT_
___ Other _____

Description of Person Receiving Documents: (Male)/Female  Skin Color _WHITE_
Hair Color _GRAY_  Age _60_ Hgt _5'11_ Wgt _220_

Undersigned declares under penalty of perjury that the foregoing is true and correct

_[signature: Larry Smith]_    _9-11-06_
Signature of Server            Date


Sanford G. Rosenthal, Esquire
510 Walnut St, 16th Fl.
Philadelphia, PA 19106
215-922-6700