IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) ) | 1:06-cv-01420(RBW) |
| PREFERRED WALLS & CEILINGS, INC. a/k/a Preferred Walls and Ceilings, Inc. a/k/a Preferred Walls & Ceilings *et al*. | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

UPON consideration of the Motion to Extend Time to File Answer, IT IS HEREBY ORDERED that:

(1) An extension to October 16, 2006 is hereby granted to Defendants to file an Answer to Plaintiff's Complaint.

(2) Defendants may not use this extension of time to file a Motion pursuant to Fed. R. Civ. P. 12(b)(2)-(5) or a Motion to Transfer Venue.

BY THE COURT:

Date:_____     By: _____
                                          Reggie B. Walton          J.
                                          United Stated District Judge