AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

PREFERRED WALLS & CEILINGS, INC.
  a/k/a Preferred Walls and Ceilings, Inc.
  a/k/a Preferred Walls & Ceilings
PALMER COMBS, individually and
  d/b/a Preferred Walls & Ceilings, Inc.
  a/k/a Preferred Walls and Ceilings, Inc.
  a/k/a Preferred Walls & Ceilings

CASE NUMBER   1:06CV01420

JUDGE: Reggie B. Walton

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 08/▮/2006

TO: (Name and address of Defendant)

PREFERRED WALLS & CEILINGS, INC.
  a/k/a Preferred Walls and Ceilings, Inc.
  a/k/a Preferred Walls & Ceilings
810 Orchard Lane, Suite 103
Beavercreek, OH 45434

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within [twenty (20)] days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

_(signature)_
(BY) DEPUTY CLERK

AUG 10 2006

DATE

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

Case No. 1:06CV01420 ( RBW)

vs

PREFERRED WALLS & CEILINGS, INC., et al.

**SERVICE OF PROCESS ON**: Preferred Walls & Ceilings, Inc. A/k/a Preferred Walls and Ceilings, Inc. A/k/a Preferred Walls & Ceilings

I, LARRY SMITH, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: 8-25-06  1:50 P.M.
Place of Service: **810 Orchard Lane, Suite 103, Beavercreek, OH 45434**
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

___ By personally delivering them into the hands of the person being served
___ By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit:_____
_X_ By delivering to an officer or person-in-charge or managing agent whose name and title is:
    PALMER COMBS, PRESIDENT
___ Other_____

Description of Person Receiving Documents: (Male)/Female   Skin Color WHITE
                                            Hair Color GRAY   Age 60 Hgt 5'11 Wgt 220

Undersigned declares under penalty of perjury that the foregoing is true and correct

*[signature]*   9-11-06
Signature of Server            Date


Sanford G. Rosenthal, Esquire
510 Walnut St, 16th Fl.
Philadelphia, PA 19106
215-922-6700