IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br>                                         )<br>                Plaintiff, )<br>v.                                    )<br>                                         )<br>PREFERRED WALLS & CEILINGS, INC. )<br>   a/k/a Preferred Walls and Ceilings, Inc. )<br>   a/k/a Preferred Walls & Ceilings, *et al.* )<br>                                         )<br>              Defendants. ) | CIVIL ACTION NO.<br>1:06-cv-01420(RBW) |

## MOTION TO EXTEND TIME TO FILE ANSWER

Plaintiff, by its undersigned counsel, move for an extension of time for Defendants to file an Answer and in support thereof represents the following:

1. The Complaint in the above-captioned action was filed on August 10, 2006.

2. The Complaint was served on Defendants on August 25, 2006 and responsive pleadings were due on or before September 14, 2006. See Docket at 2, 3.

3. On or about September 14, 2006, Plaintiff filed a Motion for Extension of Time to allow Robert Hanseman, Esquire, counsel for Defendants, additional time to gather factual information and prepare all relevant defenses.

4. This Honorable Court granted Plaintiff's Motion for Extension of Time on or about September 18, 2006.

5. The parties are currently engaged in settlement negotiations which they hope will resolve all outstanding claims.

173338-1

6. The undersigned counsel believes that it would be in the interest of justice to allow Defendants additional time to file an Answer to the Complaint so that settlement discussions can continue.

7. The granting of this Motion shall not affect any other previously scheduled deadlines.

8. Counsel for Defendants is in full agreement with the instant Motion.

WHEREFORE, Plaintiffs pray this Honorable Court to grant an extension to November 13, 2006 for Defendants to file a responsive pleading.

                              Respectfully submitted,

                              JENNINGS SIGMOND, P.C.

BY: /s/    Kent G. Cprek
     KENT G. CPREK, ESQUIRE
     (I.D. NO. 478231)
     SANFORD G. ROSENTHAL, ESQUIRE
     (I.D. NO. 478737
     The Penn Mutual Towers, 16th Floor
     510 Walnut Street, Independence Square
     Philadelphia, PA 19106-3683
     (215) 351-0615/0611

Date: October 13, 2006           Attorneys for Plaintiff

OF COUNSEL:
JEROME A. FLANAGAN
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0660

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br>)<br>                 Plaintiff, )<br>v.                             )<br>)<br>PREFERRED WALLS & CEILINGS, INC. )<br>   a/k/a Preferred Walls and Ceilings, Inc. )<br>   a/k/a Preferred Walls & Ceilings *et al*. )<br>)<br>                Defendants. ) | CIVIL ACTION NO.<br>1:06-cv-01420(RBW) |

### ORDER

UPON consideration of the Motion to Extend Time to File Answer, IT IS HEREBY ORDERED that:

(1) An extension to November 13, 2006 is hereby granted to Defendants to file an Answer to Plaintiff's Complaint.

(2) Defendants may not use this extension of time to file a Motion pursuant to Fed. R. Civ. P. 12(b)(2)-(5) or a Motion to Transfer Venue.

BY THE COURT:

Date:_____   By: _____
                                                                        Reggie B. Walton        J.
                                                                        United Stated District Judge

## CERTIFICATE OF SERVICE

I, KENT G. CPREK, Esquire, state under penalty of perjury that I caused a copy of the foregoing Motion to Extend Time to Answer to be served via First Class Mail, postage prepaid on the date and to the address below:

Robert G. Hanseman, Esquire
1900 Kettering Tower
Dayton, OH 45423

Date: October 13, 2006          /s/ Kent G. Cprek
                                KENT G. CPREK

173338-1