**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:06-cv-01420(RBW) |
| PREFERRED WALLS & CEILINGS, INC. a/k/a Preferred Walls and Ceilings, Inc. a/k/a Preferred Walls & Ceilings, *et al*. | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(1)**

To the Clerk:

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, kindly mark the above matter dismissed without prejudice as to Defendants, Preferred Walls & Ceilings, Inc. a/k/a Preferred Walls and Ceilings, Inc. a/k/a Preferred Walls & Ceilings and Palmer Combs, individually, as there has been no filing by the adverse party of an answer or of a motion for summary judgment.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s/ Kent Cprek
KENT CPREK
Bar No. 478231
SANFORD G. ROSENTHAL
Bar No. 478737
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611/0615
Attorneys for the Fund

Date: November 30, 2006
176403-1

OF COUNSEL:

SANFORD G. ROSENTHAL, ESQUIRE
JEROME A. FLANAGAN, ESQUIRE
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611/0660

176403-1

## **CERTIFICATE OF SERVICE**

I, David S. Bahuriak, Jr., Esquire, state under penalty of perjury that I caused a copy of the foregoing Notice Of Dismissal Pursuant to F.R.C.P. 41(a)(1) to be served via First Class mail, postage prepaid on the date and to the address below:

>Robert G. Hanseman, Esquire
>SEBALY SHILLITO and DYER
>1900 Kettering Tower
>Dayton, OH 45423

Date:  November 30, 2006                     /s/ Kent Cprek
                                            KENT CPREK

176403-1